

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2014

No. 04-14-00019-CV

**IN RE** Linda **LEESER**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

The petition for writ of mandamus filed in this proceeding is identical to the mandamus petition previously filed in No. 04-13-00908-CV due to an inadvertent e-filing error. Therefore, the original proceeding in No. 04-14-00019-CV is administratively closed without opinion. *See* TEX. R. APP. P. 52.8(d).

It is so **ORDERED** on January 10th, 2014.          PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2006-CI-14491, styled *In the Interest of S.O.L., A Child*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Eugenia "Genie" Wright presiding.